# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **DAVID A. BARDES,** individually, as a taxpayer, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:15-cv-00214-MR-DLH |
| vs. | ) ) ) | |
| L. PATRICK AULD, Magistrate Judge, CATHERINE C. EAGLES, District Judge, PATRICK MICHAEL DUFFY, Senior U.S. District Judge, ROBERT CARR, Ex-Magistrate Judge, in their individual and official capacities, THE US COURTS, THE UNITED STATES OF AMERICA, THE US DEPARTMENT OF JUSTICE, and JOHN AND JANE DOES, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 2, 2015 Order.

October 2, 2015

Frank G. Johns, Clerk
United States District Court